1  GLENN AGRE BERGMAN & FUENTES LLP
   Lyn R. Agre (Cal. Bar No. 178218)
2  Edward E. Shapiro (Cal. Bar No. 326182)
   44 Montgomery St., 41st Floor
3  San Francisco, California 94104
   Telephone: (332) 233-5784
4  lagre@glennagre.com
   eshapiro@glennagre.com
5
   Jed I. Bergman (admitted *pro hac vice*)
6  55 Hudson Yards, 20th Floor
   New York, New York 10001
7  Telephone: (212) 358-5600
   jbergman@glennagre.com
8
9  *Attorneys for Defendant*
   *Roger Bayston*
10
11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13

14 | BLOCKCHAIN INNOVATION, LLC, | Case No. 4:21-cv-08787-HSG |
|---|---|
15 | *Plaintiff*, | **DECLARATION OF LYN R. AGRE IN SUPPORT OF DEFENDANT ROGER BAYSTON'S MOTION TO DISMISS THE COMPLAINT** |
16 | v. | |
17 | FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, JENNIFER JOHNSON, and ROGER BAYSTON, | |
18 | | Date:  May 5, 2022 |
19 | *Defendants*. | Time:  2:00 p.m. |
   | | Dept.: Courtroom 2, 4th Floor |
20 | | Judge: Hon. Haywood S. Gilliam, Jr. |

I, Lyn R. Agre, declare and state as follows:

1. I am a member of the firm Glenn Agre Bergman & Fuentes LLP, counsel for Defendant Roger Bayston in this action. My business address is 44 Montgomery St., 41st Floor, San Francisco, California 94104. I respectfully submit this Declaration in support of Defendant Roger Bayston's Motion to Dismiss the Complaint. I have personal knowledge of the contents of this declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Amended and Restated Certificate of Incorporation of TokenVault, Inc., dated October 24, 2019.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 10th day of January 2022.

                                                                */s/ Lyn R. Agre*
                                                                 Lyn R. Agre

2

DECLARATION OF LYN R. AGRE IN SUPPORT OF DEFENDANT
ROGER BAYSTON'S MOTION TO DISMISS THE COMPLAINT
CASE NO. 4:21-CV-08787-HSG