GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
44 Montgomery St., 41st Floor
San Francisco, California 94104
Telephone: (332) 233-5784
lagre@glennagre.com
eshapiro@glennagre.com

Jed I. Bergman (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 358-5600
jbergman@glennagre.com

*Attorneys for Defendant
Roger Bayston*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>*Plaintiff*,<br>v.<br><br>FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, JENNIFER JOHNSON, and ROGER BAYSTON,<br><br>*Defendants*. | Case No. 4:21-cv-08787-HSG<br><br>**DEFENDANT ROGER BAYSTON'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15**<br><br>Dept.: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities, (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- All entities or persons disclosed on Defendants Franklin Resources, Inc.'s, FT Fintech Holdings, LLC's, and Jennifer Johnson's Certificate of Interested Entities or Persons Pursuant to Civil Local Rule 3-15 and Federal Rule of Civil Procedure 7.1 Corporate Disclosure Statement (Dkt. No. 42).

Dated: January 19, 2022

**GLENN AGRE BERGMAN & FUENTES LLP**

By: /s/ Lyn R. Agre
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
44 Montgomery St., 41st Floor
San Francisco, California 94104
Telephone: (332) 233-5784

Jed I. Bergman (admitted *pro hac vice*)
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 358-5600

*Attorneys for Defendant Roger Bayston*