Jeffery D. McFarland
California Bar No. 157628
jmcfarland@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1010
Fax: (213) 694-1234

*(additional counsel listed on next page)*

**Attorneys for Plaintiff
BLOCKCHAIN INNOVATION, LLC**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON,<br><br>*Defendants*. | CASE NO. 21-cv-08787-HSG<br><br>**JOINT STIPULATED REQUEST TO EXTEND TIME TO FILE AMENDED COMPLAINT, FILE MOTIONS TO DISMISS, FILE RESPONSES TO MOTIONS TO DISMISS, AND FILE REPLIES TO RESPONSES TO MOTIONS TO DISMISS; ORDER** |

Gary Cruciani (*Pro Hac Vice*)
Texas Bar No. 05177300
Lew LeClair
California Bar No. 77136
gcruciani@mckoolsmith.com
lleclair@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

Brent N. Bumgardner (*Pro Hac Vice*)
Texas Bar No. 00795272
Christopher G. Granaghan (*Pro Hac Vice*)
Texas Bar No. 24078585
Carder W. Brooks (*Pro Hac Vice*)
Texas Bar No. 24105536
brent@nelbum.com
chris@nelbum.com
carder@nelbum.com
NELSON BUMGARDNER CONROY P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Patrick J. Conroy (*Pro Hac Vice*)
Texas Bar No. 24012448
pat@nelbum.com
NELSON BUMGARDNER CONROY P.C.
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
Telephone: (214) 446-4954

**Attorneys for Plaintiff**
**BLOCKCHAIN INNOVATION, LLC**

Pursuant to Civil Local Rule 6-2, Plaintiff Blockchain Innovation, LLC (hereinafter, "Plaintiff"), and Defendants Franklin Resources, Inc. d/b/a Franklin Templeton, FT Fintech Holdings, LLC, Jennifer Johnson, and Roger Bayston (hereinafter, "Defendants") (collectively, the "Parties"), through respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Original Complaint on November 12, 2021 (Dkt. No. 1), and Defendants filed their respective motions to dismiss on January 10, 2022 (Dkt. Nos. 33, 37, and 38) (collectively, the "Motions to Dismiss");

WHEREAS, Plaintiff's responses to the Motions to Dismiss are currently due on January 24, 2022;

WHEREAS, Plaintiff's deadline to amend its Complaint under Fed. R. Civ. P. 15(a)(1) is January 31, 2022;

WHEREAS, Plaintiff has agreed to amend the Complaint pursuant to Fed. R. Civ. P. 15(a)(1), in lieu of filing responses to the Motions to Dismiss;

WHEREAS, in light of the Parties' agreement regarding the filing of the amended complaint, Defendants do not object to the filing of an amended Complaint after the date permitted under Fed. R. Civ. P. 15(a)(1);

WHEREAS, the Parties further agreed that Plaintiff shall have through and including February 14, 2022 to file its First Amended Complaint;

WHEREAS, the Parties further agreed that Defendants shall have through and including April 1, 2022 to answer, move or otherwise respond to the First Amended Complaint;

WHEREAS, the Parties further agreed that Plaintiff shall have through and including April 22, 2022 to file any opposition(s) to any pending motions by Defendants;

WHEREAS, the Parties further agreed that Defendants shall have through and including May 13, 2022 to file any replies in support of any of their respective pending motions;

WHEREAS, the Parties agree that enlarging the time for the Parties to brief issues related to Plaintiff's amended complaint would better enable the Parties to present the complex facts and/or legal issues presented by this case to the Court for decision; and

WHEREAS, the Parties have previously stipulated to extend the time in which Defendants must respond to the Original Complaint, but have not stipulated to any other extensions of time;

IT IS HEREBY AGREED AND STIPULATED that:

1. Plaintiff is not required to and will not file responses to the Motions to Dismiss filed on January 10, 2022;
2. The date by which Plaintiff must file an amended complaint shall be extended to and including February 14, 2022;
3. In light of the Parties' agreement concerning the filing of an amended complaint, the Motions to Dismiss filed on January 10, 2022, shall be taken off calendar;
4. The date by which Defendants must answer, move, or otherwise respond to Plaintiff's amended complaint shall be extended to and including April 1, 2022;
5. The date by which Plaintiff must file its response(s) to any motions to dismiss the amended complaint shall be and include April 22, 2022; and
6. The date by which Defendants must file their reply(ies) in support of any motions to dismiss the amended complaint shall be and include May 13, 2022.

Dated: January 24, 2022

Respectfully submitted,

/s/ Brent N. Bumgardner
Jeffery D. McFarland
California Bar No. 157628
jmcfarland@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1010
Fax: (213) 694-1234

Gary Cruciani (*Pro Hac Vice*)
Texas Bar No. 05177300
Lew LeClair
California Bar No. 77136
gcruciani@mckoolsmith.com
lleclair@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201

Telephone: (214) 978-4000

Brent N. Bumgardner (*Pro Hac Vice*)
Texas Bar No. 00795272
Christopher G. Granaghan (*Pro Hac Vice*)
Texas Bar No. 24078585
Carder W. Brooks (*Pro Hac Vice*)
Texas Bar No. 24105536
brent@nelbum.com
chris@nelbum.com
carder@nelbum.com
NELSON BUMGARDNER CONROY P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Patrick J. Conroy (*Pro Hac Vice*)
Texas Bar No. 24012448
pat@nelbum.com
NELSON BUMGARDNER CONROY P.C.
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
Telephone: (214) 446-4954

**Attorneys for Plaintiff**
**BLOCKCHAIN INNOVATION, LLC**

Dated: January 24, 2022     Respectfully submitted,

*/s/ Neel Chatterjee*
NEEL CHATTERJEE (SBN 173985)
*NChatterjee@goodwinlaw.com*
ALEXIS COLL-VERY (SBN 212735)
*ACollVery@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
*DWoo@goodwinlaw.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

AMANDA RUSSO (SBN 319617)
*ARusso@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017

|   |   |   |
|---|---|---|
| 1 |   | Tel.: +1 213 426 2500<br>Fax.: +1 213 623 1673 |
| 2 |   | Attorneys for Defendants |
| 3 |   | FRANKLIN RESOURCES, INC., FT FINTECH<br>HOLDINGS, LLC, and JENNIFER JOHNSON |
| 4 |   |   |
| 5 | Dated:  January 24, 2022 | Respectfully submitted, |

*/s/ Lyn R. Agre*
GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
44 Montgomery St., 41st Floor
San Francisco, California 94104
Telephone: (332) 233-5784
lagre@glennagre.com
eshapiro@glennagre.com

Jed I. Bergman (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 358-5600
jbergman@glennagre.com

Attorneys for Defendant
ROGER BAYSTON

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated:  1/24/2022

By _____
Hon. Haywood S. Gilliam, Jr.
United States District Judge