Jeffery D. McFarland
California Bar No. 157628
jmcfarland@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1010
Fax: (213) 694-1234

*(additional counsel listed on next page)*

**Attorneys for Plaintiff**
**BLOCKCHAIN INNOVATION, LLC**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON,<br><br>   *Defendants*. | CASE NO. 4:21-cv-08787-HSG<br><br>**JOINT STIPULATED REQUEST REGARDING DEADLINES TO RESPOND TO REQUEST FOR JUDICIAL NOTICE; ORDER** |

| | |
|---|---|
| 1 | |
| 2 | Gary Cruciani (*Pro Hac Vice*)<br>Texas Bar No. 05177300 |
| 3 | Lew LeClair<br>California Bar No. 77136 |
| 4 | gcruciani@mckoolsmith.com<br>lleclair@mckoolsmith.com |
| 5 | MCKOOL SMITH P.C.<br>300 Crescent Court, Suite 1500 |
| 6 | Dallas, Texas 75201<br>Telephone: (214) 978-4000 |
| 7 | Brent N. Bumgardner (*Pro Hac Vice*) |
| 8 | Texas Bar No. 00795272<br>Christopher G. Granaghan (*Pro Hac Vice*) |
| 9 | Texas Bar No. 24078585<br>Carder W. Brooks (*Pro Hac Vice*) |
| 10 | Texas Bar No. 24105536<br>brent@nelbum.com |
| 11 | chris@nelbum.com<br>carder@nelbum.com |
| 12 | NELSON BUMGARDNER CONROY P.C.<br>3131 West 7th Street, Suite 300 |
| 13 | Fort Worth, Texas 76107<br>Telephone: (817) 377-9111 |
| 14 | Patrick J. Conroy (*Pro Hac Vice*) |
| 15 | Texas Bar No. 24012448<br>pat@nelbum.com |
| 16 | NELSON BUMGARDNER CONROY P.C.<br>2727 N. Harwood Street, Suite 250 |
| 17 | Dallas, Texas 75201<br>Telephone: (214) 446-4954 |
| 18 | **Attorneys for Plaintiff** |
| 19 | **BLOCKCHAIN INNOVATION, LLC** |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiff Blockchain Innovation, LLC (hereinafter, "Plaintiff"), and Defendants Franklin Resources, Inc., FT FinTech Holdings, LLC, Franklin Templeton Companies, LLC, Jennifer Johnson, and Roger Bayston (hereinafter, "Defendants") (collectively, the "Parties"), through respective counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Original Complaint on November 12, 2021 (Dkt. No. 1), and Defendants filed their respective motions to dismiss on January 10, 2022 (Dkt. Nos. 33, 37, and 38);

WHEREAS, Plaintiff elected to amend the Original Complaint pursuant to Fed. R. Civ. P. 15(a)(1), in lieu of filing responses to Defendants' motions to dismiss;

WHEREAS, the Parties subsequently stipulated, and the Court so ordered, that Plaintiff would file a First Amended Complaint by February 14, 2022, Defendants would have through and including April 1, 2022 to answer, move, or otherwise respond to the First Amended Complaint, Plaintiff would have through and including April 22, 2022 to file any oppositions to any motions to dismiss by Defendants, and Defendants would have through and including May 13, 2022 to file any replies in support of any of their respective pending motions (Dkt. No. 51);

WHEREAS, Plaintiff filed its First Amended Complaint on February 14, 2022 (Dkt. No. 55), and Defendants filed motions to dismiss on April 1, 2022 (Dkt. Nos. 56, 57, and 58) ("Defendants' Motions");

WHEREAS, Defendants filed a Request for Judicial Notice in Support of Defendants' Respective Motions to Dismiss on April 1, 2022 (Dkt. No. 59) ("Defendants' Request for Judicial Notice");

WHEREAS, the Parties' prior stipulation did not address deadlines for responding to any request for judicial notice; and

WHEREAS, the Parties agree that it is most efficient for the Parties to brief Defendants' Request for Judicial Notice on the same schedule for briefing Defendants' Motions, i.e. Plaintiff to respond to Defendants' Request for Judicial Notice when Plaintiff responds to Defendants' motions to dismiss, and Defendants reply at the same time Defendants file replies in support of Defendants' Motions;

1 IT IS HEREBY AGREED AND STIPULATED that Plaintiff shall have through and including April 22, 2022 to file its response to Defendants' Request for Judicial Notice (Dkt. No. 59), and Defendants shall have through and including May 13, 2022, to file any replies in support of same.

Dated:  April 14, 2022

Respectfully submitted,

/s/ Christopher G. Granaghan
Jeffery D. McFarland
California Bar No. 157628
jmcfarland@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1010
Fax: (213) 694-1234

Gary Cruciani (*Pro Hac Vice*)
Texas Bar No. 05177300
Lew LeClair
California Bar No. 77136
gcruciani@mckoolsmith.com
lleclair@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

Brent N. Bumgardner (*Pro Hac Vice*)
Texas Bar No. 00795272
Christopher G. Granaghan (*Pro Hac Vice*)
Texas Bar No. 24078585
Carder W. Brooks (*Pro Hac Vice*)
Texas Bar No. 24105536
brent@nelbum.com
chris@nelbum.com
carder@nelbum.com
NELSON BUMGARDNER CONROY P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Patrick J. Conroy (*Pro Hac Vice*)
Texas Bar No. 24012448
pat@nelbum.com
NELSON BUMGARDNER CONROY P.C.
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
Telephone: (214) 446-4954

**Attorneys for Plaintiff**
**BLOCKCHAIN INNOVATION, LLC**

| | | |
|---|---|---|
| 1 | Dated: April 14, 2022 | Respectfully submitted, |

*/s/ Darryl M. Woo*
NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ALEXIS COLL-VERY (SBN 212735)
ACollVery@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

AMANDA RUSSO (SBN 319617)
ARusso@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street, 41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax.: +1 213 623 1673

Attorneys for Defendants
FRANKLIN RESOURCES, INC., FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, and JENNIFER JOHNSON

Dated: April 14, 2022                           Respectfully submitted,

*/s/ Edward E. Shapiro*
GLENN AGRE BERGMAN & FUENTES LLP
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
44 Montgomery St., 41st Floor
San Francisco, California 94104
Telephone: (332) 233-5784
lagre@glennagre.com
eshapiro@glennagre.com

Jed I. Bergman (*pro hac vice*)
55 Hudson Yards, 20th Floor
New York, New York 10001
Telephone: (212) 358-5600
jbergman@glennagre.com

                                        Attorneys for Defendant
                                        ROGER BAYSTON

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated:  4/15/2022

                                      By _____
                                          Hon. Haywood S. Gilliam, Jr.
                                          United States District Judge