NEEL CHATTERJEE (SBN 173985)
NChatterjee@goodwinlaw.com
ELIZABETH J. LOW (SBN 308098)
ELow@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, California 94063
Tel.: +1 650 752 3100
Fax: +1 650 853 1038

DARRYL M. WOO (SBN 100513)
DWoo@goodwinlaw.com
**GOODWIN PROCTER LLP**
Three Embarcadero Center
San Francisco, California 94111
Tel.: +1 415 733 6000
Fax: +1 415 677 9041

Attorneys for Defendants
FRANKLIN RESOURCES, INC., FT FINTECH
HOLDINGS, LLC, FRANKLIN TEMPLETON
COMPANIES, LLC, and JENNIFER JOHNSON

*Additional counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON, <br><br> Defendants. | Case No. 4:21-cv-08787-HSG <br><br> **JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE** <br><br> Courtroom: 2, 4th Floor <br><br> Judge:   Hon. Haywood S. Gilliam, Jr. |

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-1(b), 6-2, and 7-12, Plaintiff Blockchain Innovation, LLC ("Plaintiff") and Defendants Franklin Resources, Inc., FT FinTech Holdings, LLC, Franklin Templeton Companies, LLC, and Jennifer Johnson ("Defendants") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, agree and stipulate as follows:

WHEREAS, on August 4, 2022, Plaintiff filed a Motion for Leave to File Request for Judicial Notice in Support of Plaintiff's Responses to Defendants' Motion to Dismiss the First Amended Complaint (Dkt. No. 78, "Mot.");

WHEREAS, pursuant to Civil Local Rule 7-11(b), Defendants' response to the Motion is due August 8, 2022;

WHEREAS, the Parties have met and conferred and agreed that, subject to the Court's approval, the deadline for Defendants to respond to the Motion shall be extended to and including August 10, 2022;

WHEREAS, this is the Parties' second stipulation amending deadlines.  The Court previously granted the Parties' stipulation to extend the time to file an amended complaint and motions to dismiss.  Dkt. Nos. 50, 51.  The Court also granted the Parties' stipulation regarding deadlines to respond to Defendants' request for judicial notice.  Dkt. Nos. 62, 63.

IT IS HEREBY AGREED AND STIPULATED that Defendants shall have through and including August 10, 2022, to file its response to the Motion.

IT IS SO STIPULATED.

1

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:21-cv-08787-HSG

| | | |
|---|---|---|
| 1 | Dated: August 8, 2022 | GOODWIN PROCTER LLP |

By: */s/ Darryl M. Woo*
Neel Chatterjee
*NChatterjee@goodwinlaw.com*
Darryl M. Woo
*DWoo@goodwinlaw.com*
Elizabeth J. Low
*ELow@goodwinlaw.com*

Attorneys for Defendants
FRANKLIN RESOURCES, INC., FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, and JENNIFER JOHNSON

Dated: August 8, 2022

MCKOOL SMITH HENNIGAN P.C.
NELSON BUMGARDNER CONROY P.C.

By: */s/ Gary Cruciani*
Jeffery D. McFarland
California Bar No. 157628
jmcfarland@mckoolsmithhennigan.com
MCKOOL SMITH HENNIGAN P.C.
300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone: (213) 694-1010
Fax: (213) 694-1234

Gary Cruciani (Pro Hac Vice)
Texas Bar No. 05177300
Lew LeClair
California Bar No. 77136
gcruciani@mckoolsmith.com
lleclair@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

Brent N. Bumgardner (Pro Hac Vice)
Texas Bar No. 00795272
Christopher G. Granaghan (Pro Hac Vice)
Texas Bar No. 24078585
Carder W. Brooks (Pro Hac Vice)
Texas Bar No. 24105536
brent@nelbum.com
chris@nelbum.com
carder@nelbum.com
NELSON BUMGARDNER CONROY P.C.

2

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:21-CV-08787-HSG

|   |   |
|---|---|
| 1 | 3131 West 7th Street, Suite 300 |
| 2 | Fort Worth, Texas 76107<br>Telephone: (817) 377-9111 |
| 3 | Patrick J. Conroy (Pro Hac Vice) |
| 4 | Texas Bar No. 24012448<br>pat@nelbum.com |
| 5 | NELSON BUMGARDNER CONROY P.C. |
| 6 | 2727 N. Harwood Street, Suite 250<br>Dallas, Texas 75201 |
| 7 | Telephone: (214) 446-4954 |
| 8 | Attorneys for Plaintiff<br>BLOCKCHAIN INNOVATION, LLC |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 8/9/2022

_____
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE
CASE NO. 4:21-cv-08787-HSG