```
DARIN SNYDER (S.B. 136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. 203526)
lsimmons@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    +1 415 984 8700
Facsimile:    +1 415 984 8701
```

*(additional counsel listed on next page)*

**Attorneys for Defendants
FRANKLIN RESOURCES, INC.,
FT FINTECH HOLDINGS, LLC,
FRANKLIN TEMPLETON COMPANIES,
LLC, and JENNIFER JOHNSON**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON,<br><br>*Defendants*. | Case No. 4:21-cv-08787-HSG<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS FRANKLIN RESOURCES, INC., FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, AND JENNIFER JOHNSON; ORDER**<br>Complaint Filed:  November 11, 2021<br>Trial Date:  TBD<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Dept:  Courtroom 2, 4th Floor |

| | |
|---|---|
| 1 | HANA OH (S.B. 300846) |
|   | hoh@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | 610 Newport Center Drive, 17th Floor |
| 3 | Newport Beach, California 92660-6419 |
|   | Telephone:   +1 949 823 6900 |
| 4 | Facsimile:   +1 949 823 6994 |
| 5 | STACY YAE (S.B. 315663) |
|   | syae@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street, 18th Floor |
| 7 | Los Angeles, CA 90071-2899 |
|   | Telephone:   +1 213 430 6000 |
| 8 | Facsimile:   +1 213 430 6407 |

**Attorneys for Defendants
FRANKLIN RESOURCES, INC.,
FT FINTECH HOLDINGS, LLC,
FRANKLIN TEMPLETON COMPANIES,
LLC, and JENNIFER JOHNSON**

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

- 2 -

CASE NO. 21-CV-08787-HSG

1    PLEASE TAKE NOTICE that Defendants Franklin Resources, Inc. d/b/a Franklin Templeton; FT FinTech Holdings, LLC; Franklin Templeton Companies, LLC; and Jennifer Johnson ("Franklin Defendants") have retained O'Melveny & Myers LLP to substitute as counsel for Goodwin Procter LLP in the above-captioned matter.

Withdrawing counsel for Franklin Defendants are:

> INDRA NEEL CHATTERJEE
> NChatterjee@goodwinlaw.com
> GOODWIN PROCTER LLP
> 601 Marshall Street
> Redwood City, California 94063
> Tel.: +1 650 752 3100
> Fax: +1 650 853 1038
>
> DARRYL M. WOO
> DWoo@goodwinlaw.com
> GOODWIN PROCTER LLP
> Three Embarcadero Center
> San Francisco, California 94111
> Tel.: +1 415 733 6000
> Fax: +1 415 677 9041
>
> ELIZABETH JILL LOW
> ELow@goodwinlaw.com
> GOODWIN PROCTER LLP
> 601 Marshall Street
> Redwood City, California 94063
> Tel.: +1 650 752 3100
> Fax: +1 650 853 1038

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Franklin Defendants:

> DARIN SNYDER (S.B. 136003)
> dsnyder@omm.com
> O'MELVENY & MYERS LLP
> Two Embarcadero Center, 28th Floor
> San Francisco, California  94111-3823
> Telephone:    +1 415 984 8700
> Facsimile:    +1 415 984 8701

|   |   |
|---|---|
| 1 | LUANN L. SIMMONS (S.B. 203526) |
|   | lsimmons@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 3 | San Francisco, California 94111-3823 |
|   | Telephone: +1 415 984 8700 |
| 4 | Facsimile: +1 415 984 8701 |
|   |   |
| 5 | HANA OH (S.B. 300846) |
|   | hoh@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 610 Newport Center Drive, 17th Floor |
| 7 | Newport Beach, California 92660-6419 |
|   | Telephone: +1 949 823 6900 |
| 8 | Facsimile: +1 949 823 6994 |
|   |   |
| 9 | STACY YAE (S.B. 315663) |
|   | syae@omm.com |
| 10 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street, 18th Floor |
| 11 | Los Angeles, CA 90071-2899 |
|   | Telephone: +1 213 430 6000 |
| 12 | Facsimile: +1 213 430 6407 |

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: August 26, 2022

NEEL CHATTERJEE
GOODWIN PROCTER LLP


By:   */s/ Neel Chatterjee*
      Neel Chatterjee




DARIN SNYDER
O'MELVENY & MYERS LLP


By:   */s/ Darin Snyder*
      Darin Snyder

**ATTESTATION**: Pursuant to Local Rule 5-1(h)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories on this e-filed document.

By:   */s/ Darin Snyder*
      Darin Snyder

The above withdrawal and substitution of counsel is approved and **SO ORDERED**.

Dated:   8/29/2022

By:   [signature]
    Hon. Haywood S. Gilliam, Jr.
    United States District Judge