DARIN SNYDER (S.B. 136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. 203526)
lsimmons@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California 94111-3823
Telephone:   +1 415 984 8700
Facsimile:   +1 415 984 8701

*(additional counsel listed on next page)*

**Attorneys for Defendants
FRANKLIN RESOURCES, INC.,
FT FINTECH HOLDINGS, LLC,
FRANKLIN TEMPLETON COMPANIES,
LLC, and JENNIFER JOHNSON**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON,<br><br>*Defendants*. | Case No. 4:21-cv-08787-HSG<br><br>**JOINT STIPULATED REQUEST AND ORDER UNDER LOCAL RULE 6-2(a) TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS (as modified)**<br><br>Complaint Filed: November 11, 2021<br>Trial Date: TBD<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Dept: Courtroom 2, 4th Floor |

| | |
|---|---|
| 1 | HANA OH (S.B. 300846) |
|   | hoh@omm.com |
| 2 | O'MELVENY & MYERS LLP |
|   | 610 Newport Center Drive, 17th Floor |
| 3 | Newport Beach, California 92660-6419 |
|   | Telephone: +1 949 823 6900 |
| 4 | Facsimile: +1 949 823 6994 |
| 5 | STACY YAE (S.B. 315663) |
|   | syae@omm.com |
| 6 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street, 18th Floor |
| 7 | Los Angeles, CA 90071-2899 |
|   | Telephone: +1 213 430 6000 |
| 8 | Facsimile: +1 213 430 6407 |
| 9 | **Attorneys for Defendants** |
|   | **FRANKLIN RESOURCES, INC.,** |
| 10 | **FT FINTECH HOLDINGS, LLC,** |
|   | **FRANKLIN TEMPLETON COMPANIES,** |
| 11 | **LLC, and JENNIFER JOHNSON** |

1   Pursuant to Civil Local Rules 6-2, 7-12, and 16-2(d), Plaintiff Blockchain Innovation,
2  LLC ("Plaintiff") and Defendants Franklin Resources, Inc. d/b/a Franklin Templeton; FT FinTech
3  Holdings, LLC; Franklin Templeton Companies, LLC; Jennifer Johnson; and Roger Bayston
4  ("Defendants") (collectively, the "Parties"), through respective counsel, hereby stipulate and
5  agree as follows:
6   WHEREAS, Plaintiff filed its Original Complaint on November 12, 2021 (Dkt. 1) and
7  filed a First Amended Complaint ("FAC") on February 14, 2022 (Dkt. 55).
8   WHEREAS, on April 1, 2022, Defendants filed Motions to Dismiss the FAC and related
9  submissions, which include: Bayston's Motion to Dismiss (Dkt. 56), Franklin's Motion to
10 Dismiss (Dkt. 57), Johnson's Motion to Dismiss (Dkt. 58), Defendants' Request for Judicial
11 Notice (Dkt. 59), and Defendants' Motion to Seal (Dkt. 60);
12  WHEREAS, Defendants' Motions to Dismiss and related submissions were noticed for
13 hearing on September 15, 2022 (Dkts. 56-60);
14  WHEREAS, on April 18, 2022, the Court gave notice that a Case Management
15 Conference would also be held on September 15, 2022 (Dkt. 64);
16  WHEREAS, on August 22, 2022, Plaintiff requested that Goodwin Procter LLP withdraw
17 from its representation of Defendants Franklin Resources, Inc. d/b/a Franklin Templeton; FT
18 FinTech Holdings, LLC; Franklin Templeton Companies, LLC; and Jennifer Johnson due to an
19 alleged conflict of interest;
20  WHEREAS, on August 23, 2022, Goodwin Procter LLP informed Plaintiff that while it
21 disagrees with Plaintiff's assertions and without admissions of any kind, it would withdraw as
22 counsel for these Defendants;
23  WHEREAS, on August 25, 2022, O'Melveny & Myers LLP first appeared as counsel for
24 Defendants Franklin Resources, Inc. d/b/a Franklin Templeton; FT FinTech Holdings, LLC;
25 Franklin Templeton Companies, LLC; and Jennifer Johnson;
26  WHEREAS, on August 26, 2022, Defendants Franklin Resources, Inc. d/b/a Franklin
27 Templeton; FT FinTech Holdings, LLC; Franklin Templeton Companies, LLC; and Jennifer
28 Johnson filed a Motion to Substitute Attorney requesting that O'Melveny & Myers LLP be

substituted as counsel for these Defendants in the place of Goodwin Procter LLP, and the Court granted the motion on August 29, 2022, and terminated the Goodwin Procter LLP attorneys from this case (Dkt. 93);

WHEREAS, to allow sufficient time for these Defendants to transition from Goodwin Procter LLP to O'Melveny & Myers LLP as counsel, the Parties have agreed jointly to (a) request that the Court continue the September 15, 2022 hearing on Defendants' Motions to Dismiss and related submissions (Dkts. 56-60) to the earlier of December 1, 2022 or the first available date on the Court's calendar; and (b) conduct a Rule 26(f) conference no later than September 2, 2022, and proceed with the Case Management Conference on the currently-scheduled date of September 15, 2022, subject to the Court's approval; and

WHEREAS, the parties respectfully request expedited consideration from the Court, given that the current schedule requires the Hearing on Motions to Dismiss to take place in less than three weeks;

NOW, THEREFORE, it is hereby STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, as follows:

a) The September 15, 2022 Hearing on Defendants' Motions to Dismiss and related submissions (Dkts. 56-60) is continued to the earlier of December 1, 2022 or the first available date on the Court's calendar; and

b) The Case Management Conference will proceed on September 15, 2022, as currently scheduled; the parties will conduct a Rule 26(f) conference no later than September 2, 2022.

Pursuant to Civil Local Rule 6-2(a), this stipulated request is supported by the concurrently-filed Declaration of Hana Oh.

IT IS SO STIPULATED.

Dated: August 30, 2022

        JEFFREY D. MCFARLAND
        MCKOOL SMITH HENNIGAN P.C.


By:   */s/ Jeffrey D. McFarland*
         Jeffrey D. McFarland

Attorney for Plaintiff
BLOCKCHAIN INNOVATION, LLC



DARIN SNYDER
O'MELVENY & MYERS LLP


By:   */s/ Darin Snyder*
         Darin Snyder

Attorney for Defendants
FRANKLIN RESOURCES, INC., FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, and JENNIFER JOHNSON



LYN R. AGRE
GLENN AGRE BERGMAN & FUENTES LLP


By:   */s/ Lyn R. Agre*
         Lyn R. Agre

Attorney for Defendant
ROGER BAYSTON

1  PURSUANT TO STIPULATION, IT IS **SO ORDERED** except the September 15, 2022 case management conference is continued to September 20, 2022 at 2:00 p.m.  The case management conference will be held telephonically.  All counsel shall use the following dial-in information to access the call:  Dial-In:  888-808-6929/Passcode:  6064255.

For call clarity, parties shall NOT use speaker phone or earpieces for these calls, and where at all possible, parties shall use landlines.  The parties are further advised to ensure that the Court can hear and understand them clearly before speaking at length.

Dated:  8/31/2022

By: *Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge