1  Patricia L. Peden
   California Bar No. 206440
2  BURKE, WILLIAMS & SORENSON, LLP
   1999 Harrison Street, Suite 1650
3  Oakland, CA 94612-3520
   Telephone: (510) 273-8780
4  Fax: (510) 839-9104

5  *(additional counsel listed on signature page)*

6

7  **Attorneys for Plaintiff**
   **BLOCKCHAIN INNOVATION, LLC**

8                    **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                        **OAKLAND DIVISION**

11

12  BLOCKCHAIN INNOVATION, LLC,          | CASE NO. 4:21-cv-08787-HSG

13          Plaintiff,                    | **JOINT STIPULATION TO EXTEND**
                                          | **TIME TO RESPOND TO FIRST**
14  v.                                    | **AMENDED COMPLAINT AND**
                                          | **ORDER**
15  FRANKLIN RESOURCES, INC. d/b/a
    FRANKLIN TEMPLETON, FT FINTECH
16  HOLDINGS, LLC, FRANKLIN TEMPLETON    | Complaint Filed: 11/12/2021
    COMPANIES, LLC, JENNIFER JOHNSON,     | Judge:  Hon. Haywood S. Gilliam, Jr.
17  AND ROGER BAYSTON,

18          Defendants.

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7

Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rule 6-1(b), Plaintiff Blockchain Innovation, LLC ("Plaintiff") and Defendants Franklin Resources, Inc. d/b/a Franklin Templeton; FT Fintech Holdings, LLC; Franklin Templeton Companies, LLC; Jennifer Johnson; and Roger Bayston (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate with respect to Defendants' time to respond to the First Amended Complaint, as follows:

8
9

WHEREAS, Plaintiff filed a Complaint on November 12, 2021 (Dkt. No. 1), and a First Amended Complaint ("FAC") on February 14, 2022 (Dkt. No. 55);

10

WHEREAS, Defendants filed Motions to Dismiss the FAC on April 1, 2022 (Dkt. Nos. 56-58);

11
12

WHEREAS, on March 20, 2023, the Court denied Defendants' Motions to Dismiss the FAC (Dkt. No. 112);

13
14

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a), Defendants' answers to the FAC are due April 3, 2023;

15

WHEREAS, the Parties agree to extend Defendants' deadline to file answers to May 3, 2023;

16
17

WHEREAS, the Parties do not enter into this stipulation for the purpose of delay, and the Court has not yet scheduled any pre-trial or trial dates; and

18

WHEREAS, no party will be prejudiced by the stipulated-to extension;

19
20

NOW THEREFORE, the Parties hereby stipulate and agree, subject to the Court's approval, as follows:

21

1.  The Defendants' answers to the FAC shall be due May 3, 2023;

22
23

2.  The Parties will not use the fact that an answer to the FAC has not been served as a basis to refuse to provide discovery, though all Parties reserve all other objections; and

24
25

3.  Nothing in this Stipulation shall be construed as a waiver of any Party's rights or positions in law or equity, or as a waiver of any defenses.

26
27

**IT IS SO STIPULATED.**

28

JOINT STIP. TO EXTEND TIME TO RESPOND TO
FIRST AM. COMPLAINT AND ORDER
CASE NO: 4:21-CV-08787-HSG

1

Dated:  March 28, 2023

2

/s/ Christopher G. Granaghan

Patricia L. Peden
California Bar No. 206440
ppeden@bwslaw.com
**BURKE, WILLIAMS & SORENSEN, LLP**
1999 Harrison Street, Suite 1650
Oakland, CA 94612-3520
Telephone: (510) 273-8780
Fax: (510) 839-9104

Gary Cruciani (Admitted *Pro Hac Vice*)
Texas Bar No. 05177300
Lew LeClair
California Bar No. 77136
gcruciani@mckoolsmith.com
lleclair@mckoolsmith.com
**MCKOOL SMITH P.C.**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

Brent N. Bumgardner (Admitted *Pro Hac Vice*)
Texas Bar No. 00795272
Christopher G. Granaghan (Admitted *Pro Hac Vice*)
Texas Bar No. 24078585
Carder W. Brooks (Admitted *Pro Hac Vice*)
Texas Bar No. 24105536
brent@nelbum.com
chris@nelbum.com
carder@nelbum.com
**NELSON BUMGARDNER CONROY P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Patrick J. Conroy (Admitted *Pro Hac Vice*)
Texas Bar No. 24012448
pat@nelbum.com
**NELSON BUMGARDNER CONROY P.C.**
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
Telephone: (214) 446-4954

**Attorneys for Plaintiff**
**BLOCKCHAIN INNOVATION, LLC**

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. TO EXTEND TIME TO RESPOND TO
FIRST AM. COMPLAINT AND ORDER
CASE NO: 4:21-CV-08787-HSG

Dated:  March 28, 2023                        */s/ Luann L. Simmons*

DARIN SNYDER (S.B. 136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. 203526)
lsimmons@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     +1 415 984 8700

HANA OH (S.B. 300846)
hoh@omm.com
**O'MELVENY & MYERS LLP**
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6419
Telephone:     +1 949 823 6900

STACY YAE (S.B. 315663)
syae@omm.com
**O'MELVENY & MYERS LLP**
400 South Hope Street, 18th Floor
Los Angeles, CA 90071-2899
Telephone:     +1 213 430 6000

**Attorneys for Defendants**
**FRANKLIN RESOURCES, INC.,**
**FT FINTECH HOLDINGS, LLC,**
**FRANKLIN TEMPLETON COMPANIES,**
**LLC, and JENNIFER JOHNSON**

Dated:  March 28, 2023                        */s/ Lyn R. Agre*

**GLENN AGRE BERGMAN & FUENTES LLP**
Lyn R. Agre (Cal. Bar No. 178218)
Edward E. Shapiro (Cal. Bar No. 326182)
44 Montgomery St., Suite 2410
San Francisco, California 94104
Telephone: (332) 233-5784
lagre@glennagre.com
eshapiro@glennagre.com

Jed I. Bergman (admitted *pro hac vice*)
1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
jbergman@glennagre.com

**Attorneys for Defendant**
**ROGER BAYSTON**

JOINT STIP. TO EXTEND TIME TO RESPOND TO
FIRST AM. COMPLAINT AND  ORDER
CASE NO: 4:21-CV-08787-HSG

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FILER'S ATTESTATION**

Pursuant to Local Rule 5.1(i)(3) regarding signatures, I hereby attest that concurrence in the filing has been obtained from counsel with conformed signatures above.

Dated:  March 28, 2023                                    By:     /s/ *Luann L. Simmons*
                                                                              Luann L. Simmons

**ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated:   3/28/2023

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr
United States District Judge

JOINT STIP. TO EXTEND TIME TO RESPOND TO
FIRST AM. COMPLAINT AND ORDER
CASE NO: 4:21-CV-08787-HSG