UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLOCKCHAIN INNOVATION, LLC, | ) | Case No. **4:21-cv-08787-HSG** |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **APPLICATION FOR ADMISSION OF ATTORNEY** |
| FRANKLIN RESOURCES, INC., d/b/a FRANKLIN TEMPLETON, et al., | ) ) ) | **PRO HAC VICE; ORDER** (CIVIL LOCL RULE 11-3) |
| Defendant. | ) ) | |

I, __Michael Catapano__, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Blockchain Innovation, LLC_ in the above-entitled action. My local co-counsel in this case is __Jeffery D. McFarland___, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is ___157628___.

395 9th Avenue, 50th Fl.
New York, New York 10001
MY ADDRESS OF RECORD

(212) 402-9436
MY TELEPHONE # OF RECORD

mcatapano@mckoolsmith.com
MY EMAIL ADDRESS OF RECORD

300 South Grand Avenue, Suite 2900
Los Angeles, California 90071
MY ADDRESS OF RECORD

(213) 694-1010
LOCAL CO-COUNSEL TELEPHONE # OF RECORD

jmcfarland@mckoolsmithhennigan.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State, as indicated above, my bar number is ___1176784___.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court _0_ times in the past 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the

2    Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3    Rules. I declare under penalty of perjury that the foregoing is true and correct.

4    Dated:  April 5, 2023 _____

     APPLICANT

5

6    ═══════════════════════════════════════════════════

7                    ORDER GRANTING APPLICATION

8              FOR ADMISSION OF ATTORNEY PRO HAC VICE

9              IT IS HEREBY ORDERED THAT the application of _Michael Catapano_____ is

10   granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must

11   indicate appearance pro hac vice.  Service of papers upon, and communication with, local co-

12   counsel designated in the application will constitute notice to the party.

13   Dated:  _____4/6/2023_____

14                    _____

15                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

───────────

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Michael Edward Catapano

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **September 14, 2022**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 6, 2023.

*Maria T. Fasulo*

Clerk of the Court

CertID-00112844



𝔄ppellate 𝔇ivision
𝔖upreme 𝔠ourt of the 𝔖tate of 𝔑ew 𝔜ork
𝔖econd 𝔍udicial 𝔇epartment
45 𝔐onroe 𝔓lace
𝔅rooklyn, 𝔑.𝔜. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Maria T. Fasulo
Clerk of the Court

Revised January 2022