Patricia L. Peden
California Bar No. 206440
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 900
Oakland, CA 94612-3501
Telephone: 510.273.8780
Facsimile: 510.839.9104

*(additional counsel listed on next page)*

**Attorneys for Plaintiff
BLOCKCHAIN INNOVATION, LLC**

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON,<br><br>   *Defendants*. | CASE NO. 3:21-cv-08787-AMO<br><br>**JOINT STIPULATION REGARDING SECOND AMENDED COMPLAINT**<br><br>Judge:  Hon. Araceli Martínez-Olguín |

| | |
|---|---|
| 1 | Gary Cruciani (Admitted *Pro Hac Vice*) |
|   | Texas Bar No. 05177300 |
| 2 | Lew LeClair |
|   | California Bar No. 77136 |
| 3 | gcruciani@mckoolsmith.com |
|   | lleclair@mckoolsmith.com |
| 4 | MCKOOL SMITH P.C. |
|   | 300 Crescent Court, Suite 1500 |
| 5 | Dallas, Texas 75201 |
|   | Telephone: (214) 978-4000 |
| 6 | |
|   | Brent N. Bumgardner (Admitted *Pro Hac Vice*) |
| 7 | Texas Bar No. 00795272 |
|   | Christopher G. Granaghan (Admitted *Pro Hac Vice*) |
| 8 | Texas Bar No. 24078585 |
|   | Carder W. Brooks (Admitted *Pro Hac Vice*) |
| 9 | Texas Bar No. 24105536 |
|   | brent@nelbum.com |
| 10 | chris@nelbum.com |
|    | carder@nelbum.com |
| 11 | NELSON BUMGARDNER CONROY P.C. |
|    | 3131 West 7th Street, Suite 300 |
| 12 | Fort Worth, Texas 76107 |
|    | Telephone: (817) 377-9111 |
| 13 | |
|    | Patrick J. Conroy (Admitted *Pro Hac Vice*) |
| 14 | Texas Bar No. 24012448 |
|    | pat@nelbum.com |
| 15 | NELSON BUMGARDNER CONROY P.C. |
|    | 2727 N. Harwood Street, Suite 250 |
| 16 | Dallas, Texas 75201 |
|    | Telephone: (214) 446-4954 |
| 17 | **Attorneys for Plaintiff** |
|    | **BLOCKCHAIN INNOVATION, LLC** |
| 18 | |
| 19 | DARIN SNYDER (S.B. 136003) |
|    | dsnyder@omm.com |
| 20 | LUANN L. SIMMONS (S.B. 203526) |
|    | lsimmons@omm.com |
| 21 | O'MELVENY & MYERS LLP |
|    | Two Embarcadero Center, 28th Floor |
| 22 | San Francisco, California 94111-3823 |
|    | Telephone:     +1 415 984 8700 |
| 23 | Facsimile:     +1 415 984 8701 |
| 24 | |
| 25 | HANA OH (S.B. 300846) |
|    | hoh@omm.com |
| 26 | O'MELVENY & MYERS LLP |
|    | 610 Newport Center Drive, 17th Floor |
| 27 | Newport Beach, California 92660-6419 |
|    | Telephone:     +1 949 823 6900 |
| 28 | |

1  Facsimile:      +1 949 823 6994

2  STACY YAE (S.B. 315663)
   syae@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street, 18th Floor
4  Los Angeles, CA 90071-2899
   Telephone:     +1 213 430 6000
5  Facsimile:     +1 213 430 6407

6  **Attorneys for Defendants**
   **FRANKLIN RESOURCES, INC.,**
7  **FT FINTECH HOLDINGS, LLC,**
   **FRANKLIN TEMPLETON COMPANIES,**
8  **LLC, and JENNIFER JOHNSON**

9  GLENN AGRE BERGMAN & FUENTES LLP
   Lyn R. Agre (Cal. Bar No. 178218)
10 Edward E. Shapiro (Cal. Bar No. 326182)
   44 Montgomery St., Suite 2410
11 San Francisco, California 94104
   Telephone: (332) 233-5784
12 lagre@glennagre.com
   eshapiro@glennagre.com
13
   Jed I. Bergman (admitted *pro hac vice*)
14 1185 Avenue of the Americas, 22nd Floor
   New York, New York 10036
15 Telephone: (212) 970-1600
   jbergman@glennagre.com
16
   **Attorneys for Defendant**
17 **ROGER BAYSTON**

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION RE SECOND AMENDED COMPLAINT                    CASE NO: 3:21-CV-08787-AMO

1  Plaintiff Blockchain Innovation, LLC ("Blockchain") and Defendants Franklin Resources, Inc.,
2  FT FinTech Holdings, LLC, Franklin Templeton Companies, LLC, Jennifer Johnson, and Roger Bayston
3  ("Defendants") (together with Plaintiff, the "Parties"), by and through their undersigned counsel, agree
4  and stipulate as follows:

5  WHEREAS, on November 20, 2023, the Court issued a Case Management Scheduling Order
6  setting December 29, 2023 as the last day to add parties or amend pleadings;

7  WHEREAS, on December 29, 2023, Blockchain filed a Second Amended Complaint (ECF Nos.
8  156-157);

9  WHEREAS, on January 3, 2024, the Court issued an order to show cause why the Second
10 Amended Complaint should not be stricken because it was not accompanied by a stipulation permitting
11 its filing or a motion for leave to amend (ECF No. 160);

12 WHEREAS, the order to show cause directed Blockchain to file a written response by January 8,
13 2024, and permitted Defendants to file a reply by January 12, 2024;

14 WHEREAS, the order to show cause allowed the Parties to file a stipulation permitting the filing
15 of the Second Amended Complaint in lieu of any response or reply; and

16 WHEREAS, the Parties met and conferred regarding the Court's order on January 4, 2024, and
17 (1) Defendants consented to the filing of the Second Amended Complaint and (2) Plaintiff agreed to
18 extend the deadline for Defendants to respond to the Second Amended Complaint to January 29, 2024.

19 IT IS HEREBY AGREED AND STIPULATED that:
20 - Defendants consent to the filing of the Second Amended Complaint.
21 - Defendants shall file responses to the Second Amended Complaint by January 29, 2024.
22 **IT IS SO STIPULATED.**

Dated: January 5, 2024                    Respectfully submitted,

/s/ Gary Cruciani
Patricia L. Peden
California Bar No. 206440
ppeden@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
1999 Harrison Street, Suite 1650
Oakland, CA 94612-3520
Telephone: (510) 273-8780
Fax: (510) 839-9104

Gary Cruciani (Admitted *Pro Hac Vice*)
Texas Bar No. 05177300
Lew LeClair
California Bar No. 77136
gcruciani@mckoolsmith.com
lleclair@mckoolsmith.com
MCKOOL SMITH P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000

Brent N. Bumgardner (Admitted *Pro Hac Vice*)
Texas Bar No. 00795272
Christopher G. Granaghan (Admitted *Pro Hac Vice*)
Texas Bar No. 24078585
Carder W. Brooks (Admitted *Pro Hac Vice*)
Texas Bar No. 24105536
brent@nelbum.com
chris@nelbum.com
carder@nelbum.com
NELSON BUMGARDNER CONROY P.C.
3131 West 7th Street, Suite 300
Fort Worth, Texas 76107
Telephone: (817) 377-9111

Patrick J. Conroy (Admitted *Pro Hac Vice*)
Texas Bar No. 24012448
pat@nelbum.com
NELSON BUMGARDNER CONROY P.C.
2727 N. Harwood Street, Suite 250
Dallas, Texas 75201
Telephone: (214) 446-4954

**Attorneys for Plaintiff**
**BLOCKCHAIN INNOVATION, LLC**

Dated: January 5, 2024                                O'MELVENY & MYERS LLP


By:   /s/ Luann Simmons
         Luann Simmons

**Attorneys for Defendants**
**FRANKLIN RESOURCES, INC.,**
**FT FINTECH HOLDINGS, LLC,**
**FRANKLIN TEMPLETON COMPANIES,**
**LLC, and JENNIFER JOHNSON**

Dated: January 5, 2024                                GLENN AGRE BERGMAN & FUENTES LLP


By:   /s/ Lyn R. Agre
         Lyn R. Agre

**Attorneys for Defendant**
**ROGER BAYSTON**


### FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ Gary Cruciani
Gary Cruciani


**PURSUANT TO STIPULATION, IT IS SO ORDERED**. IT IS FURTHER ORDERED THAT the Order to Show Cause, ECF 160, is hereby DISCHARGED.


Dated: January 8, 2024

Araceli Martínez-Olguín
United States District Court Judge