UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08787-AMO<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Re: Dkt. No. 158 |

　　　　Plaintiff Blockchain Innovation, LLC moves to seal portions of its second amended complaint ("SAC") that reference materials designated "Highly Confidential – Attorneys' Eyes Only" by Defendants Franklin Resources, Inc. d/b/a Franklin Templeton, FT FinTech Holdings, LLC, Franklin Templeton Companies, LLC, and Jennifer Johnson ("Franklin").  ECF 158.

　　　　Franklin timely filed a declaration in response to the motion.  ECF 162.  In the declaration, Franklin states that it does not waive the confidentiality designation it has asserted as to the underlying documents from which the relevant portions of the SAC are derived, but it also "does not seek to seal any of the text from Plaintiff's SAC that is identified in Plaintiff's Motion to Seal."  ECF 162 ¶¶ 4-5.  Accordingly, the motion to seal is DENIED.  Plaintiff shall file unredacted versions of the documents currently under seal within 7 days of this order.

　　　　**IT IS SO ORDERED.**

Dated: February 5, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ARACELI MARTÍNEZ-OLGUÍN**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**