UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN RESOURCES, INC., et al., <br><br> Defendants. | Case No. 21-cv-08787-AMO (TSH) <br><br> **ORDER RE MOTION TO SEAL** <br><br> Re: Dkt. No. 164 |

In ECF No. 164, Defendants filed a motion to consider whether another party's material should be sealed. The motion concerned Exhibits 1, 2, 4, 5, 6 and 7 to the joint discovery letter brief at ECF No. 165. Defendants stated that these Exhibits may contain Plaintiff's confidential information. In ECF No. 167, Plaintiff filed a response. It proposes redactions to Exhibits 1, 2 and 7 and does not seek sealing of any part of Exhibits 4, 5 and 6.[1] Plaintiff's proposed redactions to Exhibits 1, 2 and 7 are acceptable. Because Plaintiff has already filed in the public record Exhibits 1, 2 and 7 reflecting those redactions (ECF Nos. 167-5, 167-6 and 167-7), no further action is required as to those Exhibits. With respect to Exhibits 4, 5 and 6, the Court **ORDERS** Defendants to file them in the public record. This order terminates ECF No. 164.

**IT IS SO ORDERED.**

Dated: February 13, 2024

THOMAS S. HIXSON
United States Magistrate Judge

---

[1] Plaintiff also says it does not seek sealing of Exhibits 3 and 8, but those were not part of the motion at ECF No. 164 and were already filed in the public record at ECF Nos. 165-3 and 165-8.