1
2
3
4
5
6
7

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10  SAN FRANCISCO DIVISION

11

| 12 | BLOCKCHAIN INNOVATION, LLC, | Case No. 3:21-CV-08787-AMO |
|---|---|---|
| 13 | *Plaintiff*, | **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED** |
| 14 | v. | |
| 15 | FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON, | |
| 16 | | Judge: Hon. Araceli Martinez-Olguin |
| 17 | | |
| 18 | | |
| 19 | *Defendants*. | |

20
21
22
23
24
25
26
27
28

Having considered Plaintiff's Administrative Motion To Consider Whether Another Party's Materials Should Be Sealed (ECF No. 186, "Motion to Seal") and the Declaration Of Hana Oh In Support Of The Motion To Seal, and finding good cause shown, the Court hereby orders that the following portions of the below-identified documents be filed under seal.

| Document | ECF No. of unredacted version | ECF No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citations to corresponding declaration in support of sealing) | Granted / Denied |
|---|---|---|---|---|---|---|
| ECF No. 186-2 (Joint Letter Brief Regarding Dispute Over Defendants' ESI Custodians) | 190-1 | 190 | Defendants | Partial | Highlighted portions on pages 2-5 contain highly confidential business information regarding Franklin's development of its MyFi and Benji apps, the specific work done by certain Franklin employees in the development of the MyFi and Benji apps, and the internal team and reporting structure of Franklin employees (Oh Decl. ¶¶ 4-7). | |
| ECF No. 186-3 (Exhibit F, Plaintiff's November 16, 2023 letter to Franklin regarding ESI custodians) | 190-2 | 190 | Defendants | Partial | Highlighted portions on pages 3-4 contain highly confidential business information regarding Franklin's tokenized asset strategy, including the specific work and responsibilities of Franklin employees working on Franklin's tokenized asset strategy (Oh Decl. ¶¶ 4-7). | |
| ECF No. 186-4 (Exhibit K, Excerpts from the deposition transcript of Danielle | 190-3 | 190 | Defendants | Partial | Highlighted portions at 8:23-24 contain highly confidential private and personal information (the witness's home address) (Oh Decl. ¶¶ 4, 8).<br><br>The remaining highlighted portions | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Humphrey) | | | | | contain highly confidential business information regarding Franklin's tokenized asset strategy, development of Franklin's MyFi and Benji apps, the composition and structure of various teams and departments within Franklin, the internal teams and reporting structure of Franklin employees, and the specific work and responsibilities of Franklin employees working on Franklin's tokenized asset strategy and MyFi and Benji apps (Oh Decl. ¶¶ 4-7). | |
| ECF No. 186-5 (Exhibit L, FRANKLIN_000 89325, a Franklin internal slide deck on its tokenized asset strategy) | 190-4 | 190 | Defendants | Full | The entire document contains highly confidential business information regarding Franklin's tokenized asset strategy, including internal development timelines, financials, and future strategy plans (Oh Decl. ¶¶ 4-7). | |
| ECF No. 186-6 (Exhibit M, FRANKLIN_000 88759, Franklin internal blueprints on its tokenized fund infrastructure) | 190-5 | 190 | Defendants | Full | The entire document Contains highly confidential business information regarding Franklin's internal blueprints for its tokenized fund infrastructure (Oh Decl. ¶¶ 4-7). | |
| ECF No. 186-7 (Exhibit N, Excerpts from deposition transcript of | 190-6 | 190 | Defendants | Partial | The highlighted portions at 8:17-81 contain highly confidential private and personal information (the witness's home address) (Oh Decl. ¶¶ 4, 8). | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Teresa Hall ) | | | | | The remaining highlighted portions contain highly confidential business information regarding Franklin's tokenized asset strategy, development of Franklin's MyFi and Benji apps, the composition and structure of various teams and departments within Franklin, the internal teams and reporting structure of Franklin employees, and the specific work and responsibilities of Franklin employees working on Franklin's tokenized asset strategy and MyFi and Benji apps (Oh Decl. ¶¶ 4-7). | |
| ECF No. 186-8 (Exhibit O, Excerpts from deposition transcript of Monica Fonseca) | 190-7 | 190 | Defendants | Partial | The highlighted portions at 10:19-20 contain highly confidential private and personal information (the witness's home address) (Oh Decl. ¶¶ 4, 8).<br><br>The remaining highlighted portions contain highly confidential business information regarding Franklin's tokenized asset strategy, development of Franklin's MyFi and Benji apps, the composition and structure of various teams and departments within Franklin, the internal teams and reporting structure of Franklin employees, and the specific work and responsibilities of Franklin employees working on Franklin's tokenized asset strategy and MyFi and Benji apps (Oh Decl. ¶¶ 4-7). | |
| ECF No. 186-9 (Exhibit P, | 190-8 | 190 | Defendants | Partial | The highlighted portions contain highly confidential private and personal | |

| | | | | | |
|---|---|---|---|---|---|
| Excerpts from rough deposition transcript of Michael Cody) | | | | | information (the witness's home address) (Oh Decl. ¶¶ 4, 8).<br><br>The remaining highlighted portions contain highly confidential business information regarding Franklin's tokenized asset strategy, development of Franklin's MyFi and Benji apps, the composition and structure of various teams and departments within Franklin, the internal teams and reporting structure of Franklin employees, and the specific work and responsibilities of Franklin employees working on Franklin's tokenized asset strategy and MyFi and Benji apps (Oh Decl. ¶¶ 4-7). |
| ECF No. 186-10 Exhibit Q (FRANKLIN_00088758, an internal Franklin email describing Franklin's blueprints and strategy for building its Benji app) | 190-9 | 190 | Defendants | Full | The entire document contains highly confidential business information regarding Franklin's blueprints and strategy for building its Benji app (Oh Decl. ¶¶ 4-7). |

**IT IS SO ORDERED.**

Date: _____

_____
Honorable Thomas S. Hixson
MAGISTRATE JUDGE FOR THE
NORTHERN DISTRICT OF CALIFORNIA