UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>　　　　　Defendants. | Case No. 21-cv-08787-AMO   (TSH)<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 198 |

In ECF No. 198, Plaintiff filed a motion to consider whether another party's materials should be sealed, specifically, Exhibits C and D to the discovery letter brief, which are excerpts of Roger Bayston's deposition. In ECF No. 204, Defendants state that they do not seek to seal any of the excerpts identified in Plaintiff's motion to seal. Accordingly, Plaintiff's motion is **DENIED**, and the Court **ORDERS** Plaintiff to file Exhibits C and D in the public record.

**IT IS SO ORDERED.**

Dated: May 8, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge