DARIN SNYDER (S.B. #136003)
dsnyder@omm.com
LUANN L. SIMMONS (S.B. #203526)
lsimmons@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendants
FRANKLIN RESOURCES, INC.,
FT FINTECH HOLDINGS, LLC,
FRANKLIN TEMPLETON COMPANIES,
LLC, and JENNIFER JOHNSON

(additional counsel listed on signature page)

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN RESOURCES, INC. d/b/a FRANKLIN TEMPLETON, FT FINTECH HOLDINGS, LLC, FRANKLIN TEMPLETON COMPANIES, LLC, JENNIFER JOHNSON, AND ROGER BAYSTON,<br><br>Defendants. | Case No. 3:21-cv-08787-AMO (TSH)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO INCREASE PAGE LIMITATIONS FOR SUMMARY JUDGMENT BRIEFING AND WITHDRAW ADMINISTRATIVE MOTION**<br><br>Judge:  Hon. Araceli Martínez-Olguín<br>Location:  Courtroom 10 – 19th Floor |

Plaintiff Blockchain Innovation, LLC and Defendants Franklin Resources, Inc., Franklin Templeton, FT FinTech Holdings, LLC, Franklin Templeton Companies, LLC, Jennifer Johnson, and Roger Bayston (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on August 6, 2024, Defendants filed an Administrative Motion to Enlarge the Page Limitations for Summary Judgment Briefing ("Administrative Motion"), *see* Dkt. No. 256;

WHEREAS, on August 8, 2024, the Parties met and conferred on the Administrative Motion;

WHEREAS, on August 8, 2024, the Parties reached an agreement to jointly request that the Court increase the page limitations for the Parties' summary judgment briefing, mooting the Administrative Motion;

WHEREAS, in light of the Parties' resolution of the issues raised in the Administrative Motion, and in the interest of preserving the Court's and the Parties' resources and promoting judicial economy and orderly proceedings, the undersigned respectfully submit that good cause exists to vacate the Administrative motion;

NOW, THEREFORE, pursuant to Civil L.R. 7-11 and 7-12, the Parties, by and through their counsel of record, hereby stipulate and agree, subject to the Court's approval, that:

- The Parties'[1] motions for summary judgment may exceed the otherwise applicable 25-page limit by up to 10 pages (not to exceed 35 total pages);

- The Parties' combined oppositions to summary judgment motions and cross-motions for summary judgment may exceed the otherwise applicable 25-page limit by up to 10 pages (not to exceed 35 total pages);

- The Parties' combined replies in support of the motion for summary judgment and opposition to any cross-motion may exceed the otherwise applicable 15-page limit by up to

---

[1] For clarity, the five Defendants plan on filing a single combined brief. For example, under this Stipulation, all five Defendants would join in filing a single summary judgment motion of no more than 35 pages.

JOINT STIP. & [PROPOSED] ORDER TO
INCREASE PAGE LIMITS FOR MSJ BRIEFING
3:21-CV-08787-AMO (TSH)

1   5 pages (not to exceed 20 total pages);

2   • The Parties' replies in support of cross-motions for summary judgment will adhere to the

3   applicable 15-page limit; and

4   • Defendants' Administrative Motion is hereby withdrawn.

5

6   IT IS SO STIPULATED.

7

8   Dated:  August 9, 2024          */s/ Luann L. Simmons*                             

9                                   DARIN W. SNYDER (S.B. 136003)
                                    dsnyder@omm.com
10                                  LUANN L. SIMMONS (S.B. 203526)
                                    lsimmons@omm.com
11                                  O'MELVENY & MYERS LLP
                                    Two Embarcadero Center, 28th Floor
12                                  San Francisco, California  94111-3823
                                    Telephone:   +1 415 984 8700
13
                                    Attorneys for Defendants
14                                  FRANKLIN RESOURCES, INC.,
                                    FT FINTECH HOLDINGS, LLC,
15                                  FRANKLIN TEMPLETON COMPANIES,
                                    LLC, and JENNIFER JOHNSON
16

17

18                                  */s/ Edward E. Shapiro*                            

19                                  GLENN AGRE BERGMAN & FUENTES LLP
                                    Lyn R. Agre (Cal. Bar No. 178218)
20                                  Edward E. Shapiro (Cal. Bar No. 326182)
                                    44 Montgomery St., Suite 2410
21                                  San Francisco, California 94104
                                    Telephone: (332) 233-5784
22                                  lagre@glennagre.com
                                    eshapiro@glennagre.com
23
                                    Jed I. Bergman (admitted pro hac vice)
24                                  1185 Avenue of the Americas, 22nd Floor
                                    New York, New York 10036
25                                  Telephone: (212) 970-1600
                                    jbergman@glennagre.com
26
                                    Attorneys for Defendant ROGER BAYSTON
27

28
                                        2    JOINT STIP. & [PROPOSED] ORDER TO
                                             ENLARGE PAGE LIMITS FOR MSJ BRIEFING
                                             3:21-CV-08787-AMO (TSH)

1    Dated:  August 9, 2024                       /s/ Gary Cruciani

2                                                 Patricia L. Peden
                                                  California Bar No. 206440
3                                                 ppeden@bwslaw.com
                                                  BURKE, WILLIAMS & SORENSEN, LLP
4                                                 1999 Harrison Street, Suite 1650
                                                  Oakland, CA 94612-3520
5                                                 Telephone: (510) 273-8780
                                                  Fax: (510) 839-9104
6
                                                  Gary Cruciani (Admitted Pro Hac Vice)
7                                                 Texas Bar No. 05177300
                                                  Lew LeClair
8                                                 California Bar No. 77136
                                                  gcruciani@mckoolsmith.com
9                                                 lleclair@mckoolsmith.com
                                                  MCKOOL SMITH P.C.
10                                                300 Crescent Court, Suite 1500
                                                  Dallas, Texas 75201
11                                                Telephone: (214) 978-4000

12                                                Brent N. Bumgardner (Admitted Pro Hac Vice)
                                                  Texas Bar No. 00795272
13                                                Christopher G. Granaghan (Admitted Pro Hac Vice)
                                                  Texas Bar No. 24078585
14                                                Carder W. Brooks (Admitted Pro Hac Vice)
                                                  Texas Bar No. 24105536
15                                                brent@nelbum.com
                                                  chris@nelbum.com
16                                                carder@nelbum.com
                                                  NELSON BUMGARDNER CONROY P.C.
17                                                3131 West 7th Street, Suite 300
                                                  Fort Worth, Texas 76107
18                                                Telephone: (817) 377-9111

19                                                Patrick J. Conroy (Admitted Pro Hac Vice)
                                                  Texas Bar No. 24012448
20                                                pat@nelbum.com
                                                  NELSON BUMGARDNER CONROY P.C.
21                                                2727 N. Harwood Street, Suite 250
                                                  Dallas, Texas 75201
22                                                Telephone: (214) 446-4954

23                                                Attorneys for Plaintiff
                                                  BLOCKCHAIN INNOVATION, LLC
24                                                Attorneys for Plaintiff
                                                  BLOCKCHAIN INNOVATION, LLC

25

26

27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

2

3  DATED: _____        _____

4                                    The Honorable Araceli Martínez-Olguín
                                      United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIP. & [PROPOSED] ORDER TO
ENLARGE PAGE LIMITS FOR MSJ BRIEFING
3:21-CV-08787-AMO (TSH)

1

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that the

concurrence in the filing of this document has been obtained from all signatories above.

Dated:  August 9, 2024

*/s/ Luann L. Simmons*
Luann L. Simmons