UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>    Defendants. | Case No. 21-cv-08787-TSH<br><br>**ORDER RE MOTION TO SEAL**<br><br>Re: Dkt. No. 380 |

In ECF No. 369, the Court ruled on the parties' *Daubert* motions.  The Court filed the order under seal and stated that "[t]he Court intends to file a public redacted version of this order.  Any party may file proposed redactions within seven days of the date of this order.  If no party proposes redactions, the Court will file the entirety of this order in the public record."  Defendants have now filed a motion to seal two portions of the Court's order.  However, there is no good cause to seal those portions.  Defendants observe that the Court previously ordered this testimony sealed in connection with motions to seal that addressed a broader swath of evidence, of which this was a small part.  ECF No. 370 at 10-12.  While that is true, it does not justify granting the present motion.  Accordingly, Defendants' motion to seal is **DENIED**, and the Court will file the entirety of ECF No. 369 in the public record.

**IT IS SO ORDERED.**

Dated: October 22, 2024

THOMAS S. HIXSON
United States Magistrate Judge