UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BLOCKCHAIN INNOVATION, LLC,

          Plaintiff,

    v.

FRANKLIN RESOURCES, INC., et al.,

          Defendants.

Case No.  21-cv-08787-TSH

**DISCOVERY ORDER**

Re: Dkt. No. 399

      Plaintiff Blockchain and Defendant Jennifer Johnson have filed a joint discovery letter brief in which Blockchain moves to compel concerning whether Johnson provided sufficient discovery concerning her current net worth.  ECF No. 399.  The close of fact discovery in this action was May 31, 2024.  ECF No. 210.  That made June 7, 2024 the deadline for any motions to compel.  *Id.*; Civil Local Rule 37-3.  Under the existing scheduling order, Blockchain's motion is untimely and is therefore **DENIED**.

      Because the deadline to move to compel was part of the existing scheduling order, if Blockchain wants to file such a motion now, it must move to modify the scheduling order pursuant to Rule 16 to allow for the filing of this motion to compel.  A motion to modify the scheduling order requires a showing of "good cause."  Fed. R. Civ. Proc. 16(b)(4).  The Court expresses no opinion on whether good cause exists here, as Blockchain has not yet attempted to make that showing.

      **IT IS SO ORDERED.**

Dated: December 30, 2024

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California