UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>        Defendants. | Case No. 21-cv-08787-TSH<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. Nos. 465, 468, 469 |

In ECF No. 465, Defendants filed a motion to consider whether another party's material should be sealed, specifically the portions of Exhibit A highlighted in yellow. However, in ECF No. 477, Plaintiff disclaims any request to seal such material. Accordingly, the Court **ORDERS** Defendants to file a version of Exhibit A in the public record in which the portions in yellow highlighting are not redacted.

With respect to ECF Nos. 468 and 469, Defendants do not seek to seal Exhibits E, L, M or S, so the Court **ORDERS** to them to file those exhibits in the public record. The Court **GRANTS** Defendants' request to seal Exhibits O and U in their entirety. Defendants' proposed redactions to the opposition brief and Exhibits B, C, F, I, N, R and T are acceptable. The Court **ORDERS** Defendants to file the opposition brief and those exhibits in the public record with those redactions (as well as the redactions to the opposition brief the Court approved in ECF No. 517, which granted ECF No. 467).

**IT IS SO ORDERED.**

Dated: March 3, 2025

THOMAS S. HIXSON
United States Magistrate Judge