UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLOCKCHAIN INNOVATION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>FRANKLIN RESOURCES, INC., et al.,<br><br>Defendants. | Case No. 21-cv-08787-TSH<br><br>**ORDER RE MOTIONS TO SEAL**<br><br>Re: Dkt. No. 484, 485, 486, 487 |

With respect to ECF Nos. 486 and 494, the Court **ORDERS** that Exhibits 168 and 169 are sealed. As Mohn does not seek to seal Exhibit 148, the Court **ORDERS** Plaintiff to file that exhibit in the public record (unless, in response to a request from one of the parties, the Court has ruled that some portion of that testimony should be redacted, in which case that portion should be redacted).

With respect to ECF Nos. 484, 485 and 487, Plaintiff filed certificates of service showing that it served the motions on the third parties (ECF Nos. 488, 489 and 491), but the third parties (Rob Carlson, Doug Dillard, Clare York Group, BLKCHN and Gregg Yorkison) all defaulted under Civil Local Rule 79-5(f)(3). Accordingly, the Court **ORDERS** Plaintiff to file Exhibits 155, 146, 128, 129, 147 and 159 in the public record (unless the Court has elsewhere ordered those exhibits sealed or partially sealed in response to a request by a party) no sooner than 10 days from the date of this order. The Court **ORDERS** Plaintiff to serve this order on the defaulting third parties and to file a certificate of service showing that it has done so.

**IT IS SO ORDERED.**

Dated: March 3, 2025

_____
THOMAS S. HIXSON
United States Magistrate Judge